# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **D.C.**, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>**JENNIFER HASRATIAN; TONY HASRATIAN; PAULA HASRATIAN; EL MATADOR, INC.; EL MATADOR RESTAURANTE & CANTINA; EL MATADOR RESTAURANT; TONY HASRATIAN LIVING TRUST, DATED MARCH 16, 1995; PAULA HASRATIAN LIVING TRUST, DATED MARCH 16, 1995; DOES 1-50**, inclusive,<br><br>    Defendants. | **ORDER ON MOTION FOR ATTORNEY'S FEES AND COSTS [ECF NO. 62]**<br><br>Case No. 1:14-cv-175-JNP-EJF<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

The Court Grants in Part and Denies in Part Defendants' Motion for Attorneys' Fees and Costs. This Court finds $ 4,369 in fees from Jeremy Knight and $ 1,247 in fees from Stewart B. Harman reasonable under the circumstances. The Court deducted Mr. Knight's fees for meeting and conferring and researching Rule 35 prior to March 22, 2016 when the parties reached an impasse.

Plaintiff must pay Defendants the total amount within fourteen days of this Order.

SO ORDERED, this 14th day of November, 2016.

BY THE COURT

_____
EVELYN J. FURSE
United States Magistrate Judge